**Order filed July 23, 2019**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-19-00139-CV
_____

### FRAZIER THOMPSON, III, Appellant

### V.

### URBAN ONE, INC., RADIO ONE OF TEXAS II, LLC, TERRI THOMAS, BEN THOMAS, AND JAMES GARRETT, Appellees

**On Appeal from the 269th District Court
Harris County, Texas
Trial Court Cause No. 2018-03317**

# O R D E R

Appellant's brief was due July 10, 2019. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **August 7, 2019**, the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM